## Williams *v.* Pittsburg Railways Company, Appellant (No. 2).

OPINION BY MORRISON, J., July 18, 1912:

This appeal raises the same questions and is controlled by the same reasons and authorities given and cited in our opinion between the same parties this day filed, ante, p. 473. And for the reasons there given the second, third, fourth and fifth assignments of error are sustained and the judgment is reversed with a venire facias de novo.